UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.            Case No. 12-cr-109-01-JL

David Peters

O R D E R

The assented to motion to reschedule jury trial (document no. 17) filed by defendant is granted. While the court does not wish to be difficult or make too much of this, in future motions, the court would appreciate more information as to the reasons for the somewhat belated discovery production, and the reason why production over two weeks before final pretrial conference and a month before trial necessitates a continuance, which is certainly possible, but not necessarily the case. Final Pretrial is rescheduled to December 20, 2012 at 11:00 a.m.; Trial is continued to the two-week period beginning January 8, 2013, 9:30 a.m. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference. Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the

defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: October 16, 2012

cc: David Bownes, Esq.
    Jennifer Davis, Esq.
    U.S. Marshal
    U.S. Probation